UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT   CR 14-208 PAM/LIB |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 1151 |
| v. | ) | 18 U.S.C. § 1153(a) |
| | ) | 18 U.S.C. § 2244(a)(5) |
| ERNEST DONALD DRIFT, JR., | ) | 18 U.S.C. § 2246(3) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Abusive Sexual Contact with a Child)

On or about November 5, 2013, in the State and District of Minnesota, and within the exterior boundaries of the Bois Forte Indian Reservation, the defendant,

**ERNEST DONALD DRIFT, JR.,**

an Indian, did knowingly engage in and cause sexual contact with or by another person, to wit, the intentional touching, either directly or through the clothing, of the genitalia and inner thigh of Jane Doe #1, who had not attained the age of twelve (12) years, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify his sexual desire, all in violation of Title 18, United States Code, Sections 1151, 1153(a), 2244(a)(5), and 2246(3).

A TRUE BILL

_____      _____
UNITED STATES ATTORNEY                 FOREPERSON

SCANNED
JUN 19 2014
U.S. DISTRICT COURT MPLS